Submitted May 2, reversed June 11, 2014

In the Matter of M. J. R.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

M. J. R.,
*Appellant.*

Yamhill County Circuit Court
13CC00712; A155832

328 P3d 823

Garrett A. Richardson and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Cecil A. Reniche-Smith, Senior Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Nakamoto, Judge, and Egan, Judge.

PER CURIAM

**PER CURIAM**

In this appeal, appellant seeks reversal of an order committing her for a period not to exceed 180 days. ORS 426.130. She contends, in an unpreserved assignment of error, that the trial court erred in failing to inform her of her right to subpoena witnesses as required by ORS 426.100(1)(d). The state concedes the error, and we agree that that failure constitutes plain error. We further conclude, for the reasons articulated in *State v. M. L. R.*, 256 Or App 566, 570-71, 303 P3d 954 (2013), that it is appropriate to exercise our discretion to correct the error.

Reversed.